FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
Pine Bluff _____ DIVISION

CASE NO. __4:21-cv-00265-KGB-JJV__

I.    Parties

In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A.    Name of plaintiff: _Tommy Kimball_
      ADC# _164543_

      Address _Cummins Unit, P.O. Box 500, Grady, AR  71644-0500_

      Name of plaintiff: _____
      ADC# _____

      Address_____

      **This case assigned to District Judge__Baker__**

      Name of plaintiff: _____ **and to Magistrate Judge __Volpe__**
      ADC# _____

      Address_____

In Item B below, place the <u>full</u> name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B.    Name of defendant: _Dana Haynes_

      Position: _Infirmary Administrator_

      Place of employment: _Cummins Unit Infirmary_

      Address: _P.O. Box 500 Grady AR 71644-0500_

      Name of defendant: _Apn L. Nunag_

      Position: _Medical Care Provider_

      Place of Employment: _Cummins Unit Infirmary_

      Address: _P.O. Box 500 Grady AR 71644-0500_

Name of defendant: _____

Position: _____

Place of Employment: _____

Address: _____

Name of defendant: _____

Position: _____

Place of Employment: _____

Address: _____

II.    Are you suing the defendants in:

☐  official capacity only
☐  personal capacity only
☒  both official and personal capacity

III.    Previous Lawsuits

A.    Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes _____    No __✓____

B.    If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another pieced of paper, using the same outline.)

☐    Parties to previous lawsuit        N/A

Plaintiffs: _____

_____

Defendants: _____

_____

☐    Court (if federal court, name the district; if state court, name the county):

_____

☐    Docket Number: _____

☐    Name of judge to whom case was assigned: _____ N/A _____

☐    Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? _____

☐    Approximate date of filing lawsuit: _____

☐    Approximate date of disposition: _____

IV.    Place of present confinement: _Cummins Unit, Arkansas Department of Corrections (ADC hereinafter)_

V.    At the time of the alleged incident(s), were you:
(check appropriate blank)

_____ in jail and still awaiting trial on pending criminal charges

___✓____ serving a sentence as a result of a judgment of conviction

_____ in jail for other reasons (e.g., alleged probation violation, etc.)
                explain: _____

VI.    The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

A.    Did your file a grievance or grievances presenting the facts set forth in this complaint?

Yes ___✓___    No _____

B.    Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

Yes ___✓___    No _____

If not, why? _____ N/A _____

VII.   Statement of Claim

State here as briefly as possible the <u>facts</u> of your case.  Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

1. On or about August 15, 2020 plaintiff was assaulted with weapons by other inmates, suffering injuries to his ankles, legs, feet, hand, and body.

2. Plaintiff was taken to the infirmary where he was given nothing but bandaids for open wounds, and then placed in a holding cell in a wheelchair where I was left sitting for over a 14 hour period before being placed in a regular cell in the punitive area of the prison.

3. Plaintiff was left in this cell without medical care for six (6) days despite repeated requests for help to security, and medical staff.

4. On or about August 21, APN Nunag came to the security lobby of the punitive area to see me, but then refused to see me for my injuries because I was unable to walk on my ankles out to the lobby from my cell, denying me the use of a wheelchair or even crutches so that I could convey myself there, and denying me any treatment at all.

5. Plaintiff filed grievances detailing the denial of treatment, but was still left sitting in a punitive cell with nothing and no medical care.

6. Defendant Haynes is responsible for investigating and responding to inmate grievances of a medical nature, as well as being ultimately responsible for overseeing the medical personnel of the Cummins Unit infirmary, and insuring inmates receive the proper and adequate medical care they need.

(continued on Attached page)

— Reverse                                                                Reverse →

7. Defendants Nunag and Haynes deliberately lied on their response to the plaintiffs grievance, stating that plaintiff had refused to see defendants Nunag to receive care for his serious injuries.

8. Plaintiff filed grievance appeals documenting the falsehoods and further pleading for medical attention for his ankles which were swollen and discolored and leaving him unable to stand or walk.

9. On or about September 9, 2020, the plaintiff was seen by defendant Nunag in the punitive area of the unit, and attempted to consult with and receive treatment for his still injured ankles and calf. Defendant Nunag refused to even examine the plaintiffs injuries and again left without providing any care for those injuries.

10. Grievances were filed throughout these incidences to defendant Haynes and again both defendants falsely claimed the plaintiff refused treatment.

11. In filing appeals on those grievances to the director/deputy director of the ADC, plaintiff received response stating that his grievance was with merit and ordered to be seen by medical providers for those injuries. (see attached grievance and appeals response).

12. The actions of defendants Nunag and Haynes exhibited gross medical negligence and deliberate indifference to the serious medical needs of the plaintiff in violation of the Eighth Amendment to the U.S. Constitution proscribing Cruel and Unusual Punishment.

VIII.   Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Plaintiff seeks punitive and compensatory in the amount of $50,000.00 against defendant Nurag, and in the amount of $25,000.00 against defendant Haynes.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this 27th day of February, 20 21.

_____

_____

(Signature(s) of plaintiff(s)

IGTT430
3GD

Attachment VI

INMATE NAME: Kimball, Tommy          ADC #: 164543          GRIEVANCE#:CU-19-00894

## CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION

On August 17, 2019, you grieved you did not receive proper medical treatment after you were attacked. You stated you were attacked by several inmate gang members on August 17, 2019. You stated you were hit with a sock filled with batteries and locks that left injuries to your legs, ankles, feet, head and body. You stated you were taken to the infirmary and given band-aids for open bleeding wounds. You stated you were placed in a holding cell for 14 hours and never seen by a medical provider before being placed in isolation.

The Medical Department responded, "You were seen in the infirmary by nursing staff on 8/15/19 for injuries you received during an altercation that night. You were seen, treated, and released to security. The nurse referred you to the provider. You were seen by another nurse on 8/16/19 per security request for a pre-lockup. You were scheduled to be seen by a provider on 8/21/19 but you refused this visit. You were scheduled again on 9/09/19 to see the provider but your visit was ended short because she noted you had a very aggressive attitude and began cursing her. Your grievance is found without merit as you had the opportunity twice to be evaluated by a provider, but you refused the first time and was aggressive the second."

You appealed stating you were seen on August 16, 2019, for pre-lock up. You state on August 21, 2019 Dr. Nunag came to see you, but you could not walk and were denied a wheelchair and crutches. You state you did not sign a refusal form on August 21, 2019, and that it is clearly a falsified document. You state you were seen by Dr. Nunag on September 9, 2019 but was informed that your visit was not to discuss your injuries from August 17, but a follow up on lab work.

A review of your Electronic Medical Records indicates you were seen in medical on August 15, 2019 following an altercation. It was documented that you received injuries to your left foot, left calf, and a visual deformity to your right ankle. The nurse noted for you to be referred to the medical provider for suspected fracture. Records indicate you were also seen in medical on August 16, 2019, for a pre-lockup screening. On August 21, 2019, you were scheduled to see the provider; however, it is noted that you refused to be seen, but there is not a completed refusal form for this encounter.

Further review of your Electronic Medical Records indicates there is no documentation that you have been seen by a provider for your ankle injury as of November 15, 2019. A member of my staff has contacted the HSA for the Grimes unit requesting that you be placed on the provider list to been seen for your ankle injury.

This appeal is with merit.

_____          _____
Director          11/18/19
                  Date

IGTT430          Page 1 of 1

<u>UNIT LEVEL GRIEVANCE FORM</u>(Attachment I)

Unit/Center _Cummins_

Name _Tommy Kimball_

ADC# _164543_   Brks # _Southwing_ Job Assignment _#10 cell_

FOR OFFICE USE ONLY

GRV. # _CU-19-00894_

Date Received: AUG 19 2019

GRV. Code# _600_   CUMMINS UNIT

GRIEVANCE OFFICE

_8-17-19_ (Date) STEP ONE: Informal Resolution

_8-19-11_ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: _Too slow_ _the SSI_

_____, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: _____

_Is this Grievance concerning Medical or Mental Health Services?_ _Yes_ _If yes, circle one (medical) or mental_
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): _I was attacked on 8-15-19 By several gang members. I was hit numerous times on my legs, ankles, feet, head, body, with locks and batterys in socks. I was taken to infirmary and was given Band-aids on wounds that kept Bleeding Beyond the Help of the band-aids. I was then wheeled in wheel chair to a Holding cell where I remained for over 14 hours and then taken to Isolation without ever seeing a Doctor or nurse for my swollen ankles, hurt neck and other injurys. I was denied proper medical care._

Received

OCT 08 2019

Deputy Director
Health & Correctional Programs

_____
Inmate Signature

_8-17-19_
Date

_If you are harmed, threatened because of your use of the grievance process, report it immediately to the Warden or designee._

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on _8-17-19_ (date), and determined to be Step One and/or an Emergency Grievance _Yes_ (Yes or No). This form was forwarded to medical or mental health? _Yes_ (Yes or No). If yes, name of the person in that department receiving this form: _____   Date

_Curry Branham_   _121063_   _____   _8-18-19_

PRINT STAFF NAME (PROBLEM SOLVER)   ID Number   Staff Signature   Date Received

Describe action taken to resolve complaint, including **dates**: _Infirmary stated this is not medical._

_____   _8-19-19_   X_____   _8-19-11_

Staff Signature & Date Returned   Inmate Signature & Date Received

This form was received on _8-19-19_ (date), pursuant to Step Two. Is it an Emergency? _No_ (Yes or No).

Staff Who Received Step Two Grievance: _Curry Branham_   Date: _8-19-19_

Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _8-19-19_

If forwarded, provide name of person receiving this form: _____   Date: _____

------------------------------------------------------------

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

UNIT LEVEL GRIEVANCE FORM(Attachment I) 615

Unit/Center _Cumm Mc_

Name _Tommy Kimball_

ADC# _161543_    Brks #_014412_ #1DCell Job Assignment _____

FOR OFFICE USE ONLY
GRV. # CU-19-00965
Date Received AUG 29 2019
GRV. Code #: _____
CUMMINS UNIT
GRIEVANCE OFFICE

_8-21-19_ (Date) STEP ONE: Informal Resolution

_8-28-10_ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: _Not Resolved_
_I never refused or signed a refusal that is a Lie!!_

_____, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: _____

Is this Grievance concerning Medical or Mental Health Services? _Yes_ If yes, circle one( medical)or mental
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date,** place, name of personnel involved and how **you** were affected. (Please Print): _On 8-21-19 Dr. L. nunag Refused to see me for my injerys Sustained from a attack on me on 8-15-19. Both ankles was busted and swelled due to Hits from Locks and Batterys swong by other immates. my left calf muscle is Ruptured and Discolored. I could nott walk and nudeed Crutchs or a wheelchair and was not provided either to be able to get From my cell to the cest Building Lobby to see her and she would not get any or call for any. she Refused to See me and denied me a proper examination. This Received Cruel and uncoal punishment._

OCT 22 2019

Deputy Director
Health & Correctional Programs

Inmate Signature                                    Date _8-21-19_

_If you are harmed,threatened because of your use of the grievance process, report it immediately to the Warden or designee._

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on _8-28-19_ (date), and determined to be **Step One** and/or an Emergency Grievance _____ (Yes or No). This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name of the person in that department receiving this form: _Anthony_ Date _8-26-19_

_Isaac W._ _7/05_                                            _8-25-19_

PRINT STAFF NAME (PROBLEM SOLVER)    ID Number    Staff Signature                Date Received

Describe action taken to resolve complaint, including **dates:** _You were scheduled for sick call on 8/21/19 and was not seen due to reviewing a refusal form. Please place a sick call. Amy rn 8/27/2019_

Staff Signature & Date Returned _Amy 1/28/19_    Inmate Signature & Date Received _____

This form was received on _8-28-19_ (date), pursuant to **Step Two.** Is it an Emergency? _____ (Yes or No).

Staff Who Received Step Two Grievance: _Sgt Krowler_    Date: _8-28-19_

Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____

If forwarded, provide name of person receiving this form: _____ Date: _____

--------------------------------------------------------------------------------

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

Tommy Kimball #164543
P.O. Box 500
Grady, AR 71644-0500

Pro Se Clerk

West Capitol Avenue, Suite 402

Little Rock, AR

72201-3325