IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TOMMY KIMBALL**
**ADC #164543**                                                                                              **PLAINTIFF**

v.                              Case No. 4:21-cv-00265-KGB-JJV

**DANA HAYNES and**
**LERIZZA NUNAG**                                                                                         **DEFENDANTS**

## ORDER

Before the Court are Proposed Findings and Recommendations submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 6). No party has filed objections to the Proposed Findings and Recommendations, and the time to do so has passed. After careful review, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, adopted in their entirety as this Court's findings in all respects (Dkt. No. 6).

Accordingly, the Court dismisses without prejudice plaintiff Tommy Kimball's official capacity claims against defendants Dana Haynes and Lerizza Nunag. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

It is so ordered this 29th day of August, 2022.

_____
Kristine G. Baker
United States District Judge