**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**TOMMY KIMBALL**
**ADC #164543**                                                                                      **PLAINTIFF**

**v.**                        **Case No. 4:21-cv-00265-KGB-JJV**

**DANA HAYNES and**
**LERIZZA NUNAG**                                                            **DEFENDANTS**

<u>**ORDER**</u>

Before the Court are Proposed Findings and Recommendations submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 28). Plaintiff Tommy Kimball filed untimely objections to the Proposed Findings and Recommendations (Dkt. No. 29). After careful consideration of the Proposed Findings and Recommendations, the untimely objections, and a *de novo* review of the record, the Court adopts the Proposed Findings and Recommendations in their entirety as its own (Dkt. No. 28).

Judge Volpe entered the Proposed Findings and Recommendations on October 18, 2021 (Dkt. No. 28). The Proposed Findings and Recommendations directed that, "[t]o be considered, objections must be filed within 14 days." (*Id.*, at 1). Mr. Kimball's objections are untimely. Even considering his objections, however, Mr. Kimball in his objections does not address the issues of administrative exhaustion which Judge Volpe analyzed in the Proposed Findings and Recommendations. Mr. Kimball states only that he "wholefully [sic] object[s] to any and all dismissals on [sic] my lawsuit against said defendants." (*Id.*)

The Court adopts the Proposed Findings and Recommendations (Dkt No. 28). Based on the Court's review and adoption of the Proposed Findings and Recommendations, the Court grants defendants Dana Haynes and Lerizza Nunag's motion for partial summary judgment (Dkt. No.

21).  The Court dismisses without prejudice Mr. Kimball's claims against Ms. Haynes.  The Court determines that Mr. Kimball may proceed with his inadequate medical care claim against Ms. Nunag as exhausted in grievance CU-19-894, and the Court dismisses without prejudice Mr. Kimball's remaining claims against Ms. Nunag.  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

It is so ordered this 29th day of August, 2022.

Kristine G. Baker
United States District Judge