# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**TOMMY KIMBALL**
**ADC #164543**                                                                                                    **PLAINTIFF**

**v.**                       **Case No. 4:21-cv-00265-KGB-JJV**

**DANA HAYNES and**
**LERIZZA NUNAG**                                                                            **DEFENDANTS**

## ORDER

Before the Court is a Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 40). No party has filed objections to the Recommended Disposition, and the time to do so has passed. After careful review, the Court concludes that the Recommended Disposition should be, and hereby is, adopted in its entirety as this Court's findings in all respects (Dkt. No. 40).

Accordingly, the Court grants defendant Lerizza Nunag's motion for summary judgment (Dkt. No. 35). The Court dismisses with prejudice plaintiff Tommy Kimball's claims against Ms. Nunag. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying judgment would not be taken in good faith.

It is so ordered this 1st day of February, 2023.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge