# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**TOMMY KIMBALL**
**ADC #164543**                                                                                    **PLAINTIFF**

v.                          Case No. 4:21-cv-00265-KGB-JJV

**DANA HAYNES and**
**LERIZZA NUNAG**                                                                              **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered this date and the Court's prior Orders, it is considered, ordered, and adjudged that plaintiff Tommy Kimball's complaint is dismissed. The relief requested is denied.

So adjudged this 1st day of February, 2023.

_____
Kristine G. Baker
United States District Judge