IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TOMMY KIMBALL**
**ADC #164543**                                                                                            **PLAINTIFF**

**v.**                      **Case No. 4:21-cv-00265-KGB-JJV**

**DANA HAYNES and**
**LERIZZA NUNAG**                                                                  **DEFENDANTS**

## ORDER

Before the Court are plaintiff Tommy Kimball's motion for trial schedule and motion for appointment of counsel (Dkt. Nos. 46, 47). On February 1, 2023, this Court entered an Order adopting United States Magistrate Judge Joe J. Volpe's Recommended Disposition as its findings in all respects (Dkt. No. 43). Accordingly, the Court granted remaining defendant Lerizza Nunag's motion for summary judgment and dismissed with prejudice Mr. Kimball's claims against Ms. Nunag (Dkt. No. 35). The Court entered judgment (Dkt. No. 44).

It is therefore ordered that:

1. To the extent Mr. Kimball in his motion for trial schedule requests a status update and copies, the Court grants his motion (Dkt. No. 46). The Clerk of Court is directed to send to Mr. Kimball copies of docket entries 43 and 44, along with a copy of the docket sheet in this case.

2. The Court denies as moot Mr. Kimball's motion for appointment of counsel (Dkt. No. 47).

It is so ordered this 15th day of May, 2023.

                                                      _/s/ Kristine G. Baker_
                                                      Kristine G. Baker
                                                     United States District Judge